In the Matter of THEOPHILUS Y. OJUOLA, Appellant, v NEW YORK
STATE DIVISION OF HUMAN RIGHTS, Respondent.

Submitted April 1, 2013; decided May 2, 2013

Motion for reargument of motion for leave to appeal denied [*see* 20 NY3d 1032 (2013)]. Motion for poor person relief dismissed as academic.

Judge RIVERA taking no part.